UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 15-2179 _____ as

[✓] Retained　[ ] Court-appointed(CJA)　[ ] Court-assigned(non-CJA)　[ ] Federal Defender　[ ] Pro Bono　[ ] Government

COUNSEL FOR: Marriott International, Inc. _____

_____ as the
(party name)

[ ] appellant(s)　[✓] appellee(s)　[ ] petitioner(s)　[ ] respondent(s)　[ ] amicus curiae　[ ] intervenor(s)

_____
(signature)

Paul K. Leary　　　　　　　　　　　215-665-6911
Name (printed or typed)　　　　　　　Voice Phone

Cozen O'Connor　　　　　　　　　　215-665-2013
Firm Name (if applicable)　　　　　　　Fax Number

One Liberty Place, 1650 Market Street

Philadelphia, PA  19103　　　　　　　pleary@cozen.com
Address　　　　　　　　　　　　　　E-mail address (print or type)

### CERTIFICATE OF SERVICE

I certify that on October 13, 2015 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

| | |
|---|---|
| Andrew C. Hall, Esquire<br>Matthew P. Leto, Esquire<br>HALL, LAMB AND HALL, P.A.<br>2665 S. Bayshore Drive, Penthouse One<br>Miami, Florida 33133 | Jonathan A. Azrael, Esquire<br>AZRAEL, FRANZ, SCHWAB &<br>LIPOWITZ, LLC<br>101 E. Chesapeake Avenue, 5th Fl.<br>Towson, Maryland 21286 |

_[signature]_　　　　　　　　　　　　October 13, 2015
Signature　　　　　　　　　　　　　　Date

05/07/2014
SCC